# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | | |
|---|---|---|
| ZEBADIAH ARRINGTON | ) | |
| Plaintiff, | ) ) ) | No: 1:09-cv-6654 |
| v. | ) ) | |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER J. WARNKE (Star # 9138), | ) ) ) | Honorable Judge Darrah |
| | ) ) | Magistrate Judge Cole |
| Defendants. | ) ) | **JURY DEMANDED** |

## NOTICE OF FILING and PROOF OF SERVICE

To: Mr. Derek B. Payette
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Friday, October 8, 2010, Plaintiff filed the instant Motions *in Limine* Nos. 1-9.

s/ Barbara C. Long
Barbara C. Long

## PROOF OF SERVICE

The undersigned attorney, on oath, states that on October 8, 2010, she served the above notice and the document referred therein, on the above named person(s), by electronic filing.

s/ Barbara C. Long
Shiller Preyar Law Offices
4554 N. Broadway ST., Suite 325
Chicago, IL 60640
773-907-0940